# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2020

## NO. 03-19-00567-CV

**One Thousand Dollars in U.S. Currency and 1999 Red Chevy Tahoe - Licence Plate FXLI562, VIN # GNEC13R6XJ368854, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

Having reviewed the record, the Court holds that One Thousand Dollars in U.S. Currency and 1999 Red Chevy Tahoe - Licence Plate FXLI562, VIN # GNEC13R6XJ368854 has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.